**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**DARRELL GERARD WALLACE** **PLAINTIFF**

**v.** **No. 4:26-cv-212-DPM**

**COMMISSIONER OF SOCIAL SECURITY** **DEFENDANT**

**ORDER**

On *de novo* review, the Court adopts Magistrate Judge Volpe's recommendation, *Doc. 11*, and overrules Wallace's objections, *Doc. 12*. Fed. R. Civ. P. 72(b)(3). He makes strong arguments for a different result. But substantial evidence supports the ALJ's decision; and the Court sees no error of law. *Sloan v. Saul*, 933 F.3d 946, 949 (8th Cir. 2019). Wallace's complaint will therefore be dismissed with prejudice.

So Ordered.

D.P. Marshall Jr.
United States District Judge

15 October 2026