**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**DARRELL GERARD WALLACE** **PLAINTIFF**

**v.** **No. 4:26-cv-212-DPM**

**COMMISSIONER OF SOCIAL SECURITY** **DEFENDANT**

# JUDGMENT

Wallace's complaint is dismissed with prejudice.

D.P. Marshall Jr.
United States District Judge

15 October 2026